# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                                         **Case No. 6:06-cv-479-Orl-22JGG**

**JAMES A. SPITZER,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Attorney's Fees (Doc. No. 40) filed by the United States of America on February 28, 2007. The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 5, 2007 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorney's Fees (Doc. No. 40) is **GRANTED**. Defendant shall pay Plaintiff $16,285.35 as a sanction for his frivolous and bad faith defense of the entire case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 24, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge

-2-